FOR YOUR INFORMATION:

RE: Chapter 7, Case NO. 2:09-24445 BR

Debt: Raymond Gonzalez

Debtor sold, gave away property in Los Angeles county, that was recorded and filed after filing for bankruptcy. Document is filed and recorded on July 23, 2009, copy attached. Debtor filed for bankruptcy on June 6, 2009, and did not list this property or several others he owns of record.

PROVIDENT TITLE COMPANY
Order Number: 306411-02
Escrow Number: 6114-EV
Tax Parcel No.: 5105-022-018
5105-022-017

WHEN RECORDED MAIL TO:

JOSE LUIS GONZALEZ
45 SUNDANCE DRIVE
RANCHO MIRAGE, CA 92270



07/23/2009
*20091120424*

---

| DOCUMENTARY TRANSFER TAX $0 | SPACE ABOVE THIS LINE FOR RECORDER'S USE |
|---|---|
| ... Computed on the consideration or value of property conveyed; OR | |
| X Computed on the consideration or value less liens or encumbrances remaining at time of sale. | Signature of Declarant or Agent determining tax – Firm Name |

# GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

   HELIA OLIVEIRA, A SINGLE WOMAN AND RAYMOND GONZALEZ, A SINGLE MAN

do(es) hereby GRANT to

JOSE LUIS GONZALEZ, A SINGLE MAN


the real property in the City and County of Los Angeles, State of California, described as

LOTS 156 THROUGH 162 INCLUSIVE AND LOT 204 OF BOWEN'S SLAUSON JUCTION TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10 PAGE(S) 151 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.


**THIS IS A BONAFIDE GIFT AND THE GRANTOR RECEIVED NOTHING IN RETURN. R & T 11911.**

MAIL TAX STATEMENTS TO RETURN ADDRESS ABOVE

1085 (1/94)

Dated: June 29, 2009

_____
RAYMOND GONZALEZ

STATE OF CALIFORNIA }
COUNTY OF   Los Angeles }

On  July 9, 2009  before me,
Elizabeth Aguilar, Notary Public
Personally appeared   RAYMOND GONZALEZ

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument..

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



(This area for official notarial seal)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

1085 (1/94)

Dated: June 29, 2009

_Helia Oliveira_ (signature)
HELIA OLIVEIRA

STATE OF CALIFORNIA  
COUNTY OF _Los Angeles_

On _July 9 2009_ before me,
_Elizabeth Aguilar, Notary Public_
Personally appeared  HELIA OLIVEIRA

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument..

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _(signature)_



(This area for official notarial seal)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

1085 (1/94)

This page is part of your document - DO NOT DISCARD

**20091120424**





Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/23/09 AT 08:00AM**

Pages:
0004



| | |
|---|---:|
| FEES: | 39.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 39.00 |



**LEADSHEET**



200907230240009

00000922132



002223683

SEQ:
10

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**  t24

# Property Details Report
## 5742 Duarte St   Vernon, CA 90058-3824
### Los Angeles County

**Owner Info:**

| | | | |
|---|---|---|---|
| Owner Name: | Gonzalez Jose L | Tax Billing Zip+4: | 3465 |
| Owner Vesting: | Single Man | Recording Date: | 05/21/1998 |
| Tax Billing Address: | 45 Sun Dance Dr | Annual Tax: | $1,307 |
| Tax Billing City & State: | Rancho Mirage CA | County Use Code: | Vacant Industrial |
| Tax Billing Zip: | 92270 | Universal Land Use: | Industrial Lot |

**Location Info:**

| | | | |
|---|---|---|---|
| Zoning: | Lam2 | Census Tract: | 2289.00 |
| School District: | Los Angeles Unif | Carrier Route: | C056 |
| Map Page/Grid: | 674-G5 | | |

**Tax Info:**

| | | | |
|---|---|---|---|
| APN: | 5105-022-017 | Total Assessment: | $96,115 |
| Tax Year: | 2008 | Tax Area: | 6659 |
| Annual Tax: | $1,307 | Legal Description: | Bowen's Slauson Junction Tract Lots 156 |
| Assessment Year: | 2008 | Lot Number: | 156 |
| Land Assessment: | $96,115 | | |

**Characteristics:**

| | | | |
|---|---|---|---|
| Lot Acres: | .218 | Topography: | Rolling/Hilly |
| Lot Sq Ft: | 9496.08 | | |

**Last Market Sale:**

| | | | |
|---|---|---|---|
| Recording Date: | 05/21/1998 | Deed Type: | Grant Deed |
| Settle Date: | 04/27/1998 | Owner Name: | Gonzalez Jose L |
| Document No: | 863409 | Seller: | Pacific Land Exchange |

**Sales History:** _More History_

| | | | | |
|---|---|---|---|---|
| Recording Date: | 07/23/2009 | 05/21/1998 | 08/18/1995 | 04/03/1990 |
| Sale Price: | | | $255,993 | $265,000 |
| Nominal: | Y | | | |
| Buyer Name: | Gonzalez Jose L | Oliveira Helia | Ahmad Basher | Levy Naftali & Rivka |
| Seller Name: | Oliveira Helia | Pacific Land Exchange | Title Escrow Corp (Te) | Stone Milton H |
| Document No: | 1120424 | 863409 | 1358766 | 635351 |
| Document Type: | Grant Deed | Grant Deed | Trustee Deed | Grant Deed |
| Deed Type: | Grant Deed | Grant Deed | Trustee Deed | Grant Deed |
| Multi/Split Sale Type: | Multiple | Multiple | Multiple | Multiple |

**Mortgage History:**

| | | | | |
|---|---|---|---|---|
| Mortgage Date: | 07/23/2009 | 04/03/1990 | 04/03/1990 | 09/30/1988 |
| Mortgage Amt: | $200,000 | $247,674 | $13,325 | $500,000 |
| Mortgage Lender: | Robert Bass Llc | | | |
| Mortgage Type: | Conventional | Private Party Lender | Private Party Lender | Private Party Lender |