Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Rob R. Nichols, Esq. SBN 214394
LAW OFFICE OF ROB R. NICHOLS
5850 Canoga Avenue, 4th Floor
Woodland Hills, California 91367
818.914.4741

Attorney for Debtor, Raymond Gonzalez

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Raymond Gonzalez

CHAPTER: 7

CASE NO.: 09-24445-BR

Debtor(s).  (No Hearing Required)

# DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING
# PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)

1. I am the ☐ Movant  ☒ Movant's Attorney  in this matter and hereby declare as follows:

2. On *(specify date)*: 8/12/09 , Movant filed a motion entitled *(specify)*:
   Debtor's Motion to Convert Case under 11 USC sec. 706(a).

3. A copy of the motion and notice of motion is attached hereto.

4. Pursuant to Local Bankruptcy Rule 9013-1(o), the motion was served by mail on *(specify date)*: 8/12/09 , together with a notice stating that any party objecting to the motion has 15 days within which to file and serve any written objection and request a hearing on the above motion.

5. More than 15 days have passed since the service of the notice of motion.

6. No objection has been timely served on Movant at the address specified in the notice. Therefore, no hearing is required.

7. The proposed Order is submitted herewith. *(Submit original and appropriate copies of Order with envelopes and Notice of Entry)*

WHEREFORE, Movant requests that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at Woodland Hills , California.

Dated: 9/11/09

Rob R. Nichols
*Typed Name of Declarant*

*Signature of Declarant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.9

In re  
CHAPTER: 7

Raymond Gonzalez  
Debtor(s). CASE NO.: 09-24445-BR

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5850 Canoga Avenue, 4th Floor, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described as <u>Declaration re: entry of order without hearing</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>9/11/09</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Alfred H. Siegel, chapter 13 trustee at ahstrustee@horwathcal.com, ca51@ecfcbis.com  
United States Trustee at ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  
On <u>9/11/09</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/11/09 | Rob R. Nichols | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.9

Hon. Barry Russell
U.S. Bankruptcy Court
    Attn:   Intake
255 East Temple Street
Los Angeles, California 90012

Alfred H. Siegal
Chapter 7 Trustee
15233 Ventura Boulevard, 9th Floor
Sherman Oaks, CA 91403

United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Golden State Foreclosure Services
1421 East Cooley Drive, Unit 2
Colton, CA 92324

Red Rock Financial Services
6830 West Oquendo Road #201
Las Vegas, NV 89118

Rudi and Linda Unterthiner
c/o Paul Bojic, Esq.
43725 Monterey Avenue #E
Palm Desert, CA 92260

Wachovia
PO Box 60505
City Of Industry, CA 91716

Wachovia
PO Box 105693
Atlanta, GA 30348

Wachovia
PO Box 659568
San Antonio, TX 78265

Wachovia
PO Box 96001
Charlotte, NC 28296

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Rob R. Nichols, Esq.   SBN 214394
LAW OFFICE OF ROB R. NICHOLS
22647 Ventura Boulevard #508
Woodland Hills, CA 91367
818-914-4741

FOR COURT USE ONLY

*Attorney for* Debtor Raymond Gonzalez

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Raymond Gonzalez

CHAPTER 7

CASE NUMBER 2:09-24445 BR

Debtor.

# NOTICE OF DEBTOR'S MOTION TO CONVERT CASE
# UNDER 11 U.S.C. § 706(a)

1. TO *(specify name)*: Alfred Siegel (Chapter 7 trustee), US Trustee, all creditors listed on attached mailing list, and all other interested parties.

2. NOTICE IS HEREBY GIVEN that Debtor will move this Court for an Order granting the relief sought in Debtor's Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"), a copy of which is attached hereto and served herewith. Debtor seeks a conversion of this case under 11 U.S.C. § 706(a) based upon the grounds set forth in the said Motion. Debtor's Motion is made pursuant to Local Bankruptcy Rule 9013-1(o)(1), which provides for granting of motions without a hearing.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-16(o)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 8/12/09

Law Office of Rob R. Nichols
Law Firm Name

By: _____

Date Notice Mailed: 8/12/09

Name: Rob R. Nichols
Attorney for Movant

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.3

Attorney or Party Name, Address, Telephone & ... Numbers, and California State Bar Number
Rob R. Nichols, Esq.  SBN 214394
LAW OFFICE OF ROB R. NICHOLS
22647 Ventura Boulevard, 4th Floor
Woodland Hills, CA 91367
818-914-4741

FOR COURT USE ONLY

*Attorney for* Debtor Raymond Gonzalez

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Raymond Gonzalez

CHAPTER  7

CASE NUMBER  2:09-24445 BR

Debtor.

## DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter  7  case to a case under chapter  11  on the grounds set forth below: To reorganize debt and retain property due to financing recently made available since filing the petition.

2. **Filing Information:**

   a. ☑ A Voluntary Petition under chapter    ☑ 7   ☐ 11   ☐ 12   ☐ 13  was filed on: 6/9/09

   b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11  was filed on: 8/12/09
      ☐ An Order of Relief under chapter        ☐ 7   ☐ 11  was entered on:

   c. ☐ An Order of Conversion to chapter       ☐ 7   ☐ 11   ☐ 12   ☐ 13  was entered on:

   d. ☐ Other *(specify)*:

3. **Procedural Status:**

   a. Name of trustee appointed *(if any)*: Alfred Siegel

   b. Name of Attorney of Record for trustee *(if any)*:

4. Debtor alleges that this case has not been previously converted.

*(Continued on next page)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.1

In re
Raymond Gonzalez

CHAPTER 7

Debtor.　CASE NUMBER 2:09-24445 BR

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 7 to a case under chapter 11.

Dated: 8/12/09

Respectfully submitted,

LAW OFFICES OF ROB R. NICHOLS
*Firm Name*

By: _____

Name: Rob R. Nichols
*Attorney for Debtor/Trustee*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　F 1017-1.1

In re
Raymond Gonzalez

CHAPTER 7

Debtor. CASE NUMBER 2:09-24445 BR

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
22647 Ventura Boulevard #508, Woodland Hills, CA 91364

A true and correct copy of the foregoing document described as Debtor's notice of motion and motion to convert case _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/12/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Alfred Siegel, Chapter 7 trustee at ahstrustee@horwathcal.com, ca51@ecfcbis.com
US Trustee at ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/12/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/12/09 | Rob R. Nichols | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.1

Hon. Barry Russell
U.S. Bankruptcy Court
    Attn: Intake
255 East Temple Street
Los Angeles, California 90012

Alfred H. Siegal
Chapter 7 Trustee
15233 Ventura Boulevard, 9th Floor
Sherman Oaks, CA 91403

United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Golden State Foreclosure Services
1421 East Cooley Drive, Unit 2
Colton, CA 92324

Red Rock Financial Services
6830 West Oquendo Road #201
Las Vegas, NV 89118

Rudi and Linda Unterthiner
c/o Paul Bojic, Esq.
43725 Monterey Avenue #E
Palm Desert, CA 92260

Wachovia
PO Box 60505
City Of Industry, CA 91716

Wachovia
PO Box 105693
Atlanta, GA 30348

Wachovia
PO Box 659568
San Antonio, TX 78265

Wachovia
PO Box 96001
Charlotte, NC 28296