| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Attorney for |  FILED SEP 3 0 2009 |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: RAYMOND GONZALEZ<br><br>ENTERED<br>OCT - 2 2009<br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 09-24445BR |

## ORDER ON DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

Pursuant to Local Bankruptcy Rule 1017-1, Debtor moved to convert this chapter _7_ case to a case under chapter _11_.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, THE COURT ORDERS AS FOLLOWS:

1. ☒ Motion granted. This case is hereby converted to chapter _11_ pursuant to 11 U.S.C. § 706(a). If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than fifteen (15) days after the date of the entry of this Order.

2. ☐ Motion granted. This case is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

   a. Within 15 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

   b. Within 30 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file and transmit to the United States trustee a final report and account.

   c. The debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must forthwith turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

   d. Within 15 days of the date of this order, the Debtor must file the statements and schedules required by F.R.B.P. 1019(1)(A) and 1007, if such documents have not already been filed.

   e. If the Debtor is an individual, within 30 days of the date of this order or before the first date set for the meeting of creditors, whichever is earlier, Debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts.

*(This Order is continued on the next page.)*

 f. Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

  (1) A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this conversion order.

  (2) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this conversion order, and

  (3) A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this conversion order.

3. ☐ Motion denied without prejudice on the following grounds *(specify)*: ☐ See Attached Page

4. ☐ Motion denied with prejudice on the following grounds:

 a. ☐ Case previously converted under 11 U.S.C. § ☐ 1112 ☐ 1208 ☐ 1307

 b. ☐ Debtor is not an eligible Debtor under the chapter to which conversion is sought

 c. ☐ Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

 d. ☐ Debtor is not a Debtor-in-Possession as required under 11 U.S.C. § 1112

 e. ☐ Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5. ☐ This matter is set for hearing as follows: *Date:* *Time:* *Ctrm:*
  Address of Courtroom:

6. ☐ Notice is required as follows *(specify)*: ☐ See Attached Page

7. ☐ Court further orders as follows (specify): ☐ See Attached Page

Dated: 9/30/09

_____
UNITED STATES BANKRUPTCY JUDGE

| In re | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF _____

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:


On _____, I served the foregoing document described as: ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a) on the United States trustee, and if conversion is sought under § 706(a), on the chapter 7 trustee, attorney for the chapter 7 trustee (if any), and parties in interest at their last known addresses by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as follows:


☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____    _____
*Typed Name*                      *Signature*