# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**DEBTOR(S) INFORMATION:**
Raymond Gonzalez
**SSN:** xxx–xx–3262
**EIN:** N/A

866 East Gage
Los Angeles, CA 90001

**BANKRUPTCY NO.** 2:09–bk–24445–BR
**CHAPTER** 11

Notice is hereby given that a hearing in this case will be held at:

**Date:** **12/16/09**
**Time:** **2:00 p.m.**
**Location:** **1668, Edward Roybal Building 255 E. Temple Street Los Angeles, CA 90012**

To consider and act upon the following:

Motion of the United States Trustee to dismiss or convert Chapter 11 case to one under Chapter 7; memorandum of points and authorities; and declaration in support thereof.

Objections to the above shall be made in writing and filed with the Court and served upon the United States Trustee at least **FOURTEEN (14) DAYS** prior to the hearing date. Any objections not filed and served may be deemed waived. See Local Bankruptcy Rule 9013–1(a)(7).

For further information, please refer to the Court file or contact the Office of the United States Trustee.

Dated: November 3, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form ntm2 2/2001) VAN–45

**21 / SF**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: sfortierC             Page 1 of 1            Date Rcvd: Nov 03, 2009
Case: 09-24445                Form ID: ntm2               Total Noticed: 17
```

The following entities were noticed by first class mail on Nov 05, 2009.
```
db              Raymond Gonzalez,    866 East Gage,    Los Angeles, CA 90001
aty            +Rob R Nichols,    5850 Canoga Ave #400,    Woodland Hills, CA 91367-6554
smg             Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                 Sacramento, CA 94280-0001
smg             Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
smg           ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court:   Internal Revenue Service,    P O Box 21126,
                 Philadelphia, PA  19114-0325)
smg            +L.A. County Tax Collector,    Bankruptcy Unit,    2615 S. Grand,    Los Angeles, CA 90007-2608
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
smg            +Securities & Exchange Commission,    5670 Wilshire Avenue., 11th Floor,
                 Los Angeles, CA 90036-5627
ust            +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
23948855       +Golden State Foreclosure Services,    1421 East Cooley Drive, Unit 2,    Colton, CA 92324-3979
24876637       +Internal Revenue Service,    300 N. Los Angeles St.    STOP 5117,    Los Angeles, CA 90012-3481
23948856       +Red Rock Financial Services,    6830 West Oquendo Road #201,    Las Vegas, NV 89118-2551
23948857       +Rudi and Linda Unterthiner,    c/o Paul Bojic, Esq.,    43725 Monterey Avenue #E,
                 Palm Desert, CA 92260-9325
23948861      ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
               (address filed with court:   Wachovia,    PO Box 96001,    Charlotte, NC 28296)
23948859       +Wachovia,    PO Box 105693,    Atlanta, GA 30348-5693
23948860       +Wachovia,    PO Box 659568,    San Antonio, TX 78265-9568
23948858       +Wachovia,    PO Box 60505,    City Of Industry, CA 91716-0505
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2009**                           **Signature:** _Joseph Speetjens_