

ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re

Raymond Gonzalez

Debtor in Possession

)   Case Number LA09-24445 BR
)   Chapter 11
)
)
)   ORDER FOR FILING A CHAPTER 11
)   PLAN OF REORGANIZATION AND
)     DISCLOSURE STATEMENT AND
)   ORDER SETTING HEARING FOR
)   APPROVAL OF DISCLOSURE
)   STATEMENT
)
)   DATE: January 12, 2010
)   TIME: 2:00 P.M.
)   PLACE: COURTROOM 1668 16th FLR
)   255 E. TEMPLE STREET, LA, CA

The debtor in possession's Chapter 7 case was converted to a Chapter 11 on October 2, 2009. The Court, having reviewed the debtor in possession's petition and attached documents, (to the extent that any documents, including schedules were filed with the petition) concludes that it is proper to set a deadline for the time to file the Plan of Reorganization and Disclosure Statement.

THEREFORE, IT IS HEREBY ORDERED that the debtor in possession file a Plan of Reorganization and Disclosure Statement on or before December 16, 2009. The Court will review the Plan of Reorganization and Disclosure Statement to assure compliance with Sections 1123 and 1125(a) (1) of the Bankruptcy Code.

IT IS FURTHER ORDERED that on January 12, 2010 at 2:00 p.m., in Courtroom 1668 of the above entitled Court, a hearing for the purpose of setting a hearing will be held for the approval of the Disclosure Statement. However, if a Plan of Reorganization and Disclosure Statement have not been timely filed, the Court may either dismiss or convert the case at that time.

Counsel for debtor in possession is to forthwith serve a copy of this Order on the United States Trustee, on all creditors' committees, and if there are no creditors' committees, then on the twenty largest unsecured creditors, and file a proof of service thereon with this Court at least two weeks prior to the above hearing date.

DATED: 11/4/09   .

_____
BARRY RUSSELL
U.S. Bankruptcy Judge

CH11/SF

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: sfortierC              Page 1 of 1                   Date Rcvd: Nov 05, 2009
Case: 09-24445                 Form ID: pdf002              Total Noticed: 17

The following entities were noticed by first class mail on Nov 07, 2009.
db            Raymond Gonzalez,   866 East Gage,   Los Angeles, CA   90001
aty          +Rob R Nichols,   5850 Canoga Ave #400,   Woodland Hills, CA   91367-6554
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA   94280-0001
smg           Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA   95812-2952
smg         ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,   P O Box 21126,
               Philadelphia, PA   19114-0325)
smg          +L.A. County Tax Collector,   Bankruptcy Unit,   2615 S. Grand,   Los Angeles, CA   90007-2608
smg           Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA   90053-0200
smg          +Securities & Exchange Commission,   5670 Wilshire Avenue., 11th Floor,
               Los Angeles, CA   90036-5627
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA   90017-5524
23948855     +Golden State Foreclosure Services,   1421 East Cooley Drive, Unit 2,   Colton, CA   92324-3979
24876637     +Internal Revenue Service,   300 N. Los Angeles St.   STOP 5117,   Los Angeles, CA   90012-3481
23948856     +Red Rock Financial Services,   6830 West Oquendo Road #201,   Las Vegas, NV   89118-2551
23948857     +Rudi and Linda Unterthiner,   c/o Paul Bojic, Esq.,   43725 Monterey Avenue #E,
               Palm Desert, CA   92260-9325
23948861    ++WACHOVIA BANK NA,   PO BOX 13765,   ROANOKE VA 24037-3765
             (address filed with court:   Wachovia,   PO Box 96001,   Charlotte, NC 28296)
23948859     +Wachovia,   PO Box 105693,   Atlanta, GA   30348-5693
23948860     +Wachovia,   PO Box 659568,   San Antonio, TX   78265-9568
23948858     +Wachovia,   PO Box 60505,   City Of Industry, CA   91716-0505

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2009                     Signature:     _Joseph Speetjens_